UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES and <br> STATE OF TEXAS ex rel. <br> Frank Adomitis, Qui Tam Relator, <br><br> V. <br><br> LIBERTY COUNTY HOSPITAL <br> DISTRICT NO. 1 <br> DBA LIBERTY-DAYTON REGIONAL <br> MEDICAL CENTER | § § § § § § § § § § | Case No. 1:20-cv-91 <br><br> <u>FILED IN CAMERA UNDER SEAL</u> <br> Pursuant to 31 U.S.C. § 3730(b)(2) <br> DO NOT ENTER ON PACER <br> DO NOT PLACE IN PRESS BOX |

## MOTION OF DISMISSAL

TO THE HONORABLE JUDGE TRUNCALE, UNITED STATES DISTRICT JUDGE:

Relator, Frank Adomitis ("Relator"), by counsel, hereby moves to dismiss all claims pleaded in this action against Liberty County Hospital District No. 1 DBA Liberty-Dayton Regional Medical Center. Dismissal shall be WITHOUT PREJUDICE as to Relator, and to the United States.

Relator will send to the United States Department of Justice a written request that the United States file with the Court a consent to the dismissal of this action.

Respectfully Submitted,

**HILDER & ASSOCIATES, P.C.**

<u>/s/: Philip H. Hilder</u>
Philip H. Hilder
State Bar No. 09620050
819 Lovett Blvd.
Houston, Texas 77006
Telephone (713) 655-9111
Facsimile (713) 655-9112

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of June 2021, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF System.

Respectfully Submitted,

**HILDER & ASSOCIATES, P.C.**

*/s/: Philip H. Hilder*
Philip H. Hilder
State Bar No. 09620050
819 Lovett Blvd.
Houston, Texas 77006
Telephone (713) 655-9111
Facsimile (713) 655-9112