IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS, ex rel. FRANK ADOMITIS, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY COUNTY HOSPITAL DISTRICT NO. 1, d/b/a LIBERTY-DAYTON REGIONAL MEDICAL CENTER, <br><br> Defendant. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 1:20-CV-00091 <br> JUDGE MICHAEL TRUNCALE |

## ORDER GRANTING MOTION OF DISMISSAL

Before the Court is Relator Frank Adomitis' Motion of Dismissal. [Dkt. 7]. Relator seeks a dismissal without prejudice as to all his claims against defendant in this matter. After considering relator's motion and reviewing all pleadings on file and all applicable law, the Court grants the same.

It is therefore ORDERED that Relator Frank Adomitis' Motion of Dismissal [Dkt. 7] is hereby GRANTED. Relator's claims against defendant are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that this dismissal is limited as set forth above and shall have no application to the United States' claims against defendant in this matter.

**SIGNED this 23rd day of June, 2021.**

Michael J. Truncale
United States District Judge