IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS, ex rel. FRANK ADOMITIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIBERTY COUNTY HOSPITAL DISTRICT NO. 1, d/b/a LIBERTY-DAYTON REGIONAL MEDICAL CENTER,<br><br>*Defendant*. | CIVIL ACTION NO. 1:20-CV-00091<br>JUDGE MICHAEL TRUNCALE |

## ORDER REGARDING GOVERNMENT'S NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL

Before the Court is the Notice of Consent to Relator's Voluntary Dismissal filed by the United States of America and the State of Texas (hereinafter collectively referred to as the "Government"). [Dkt. 9]. The Government consents to the voluntary dismissal of Relator's action without prejudice and further requests that the seal be lifted in this action as to Relator's Complaint [Dkt. 1], Relator's Notice of Voluntary Dismissal [Dkt. 7], the Government's Notice of Consent [Dkt. 9], the Court's Dismissal Order [Dkt. 8], and any matters occurring after the date thereof. The Government further requests that all other papers on file in this action remain under seal. After considering the Government's request, the Court grants the same.

It is therefore **ORDERED** that the Government's request that the seal be lifted in this action as to Relator's Complaint [Dkt. 1], Relator's Notice of Voluntary Dismissal [Dkt. 7], the Government's Notice of Consent [Dkt. 9], the Court's Dismissal Order [Dkt. 8], and any matters occurring after the date thereof is hereby **GRANTED**. The Clerk of Court is **INSTRUCTED** to unseal the above-referenced documents.

In addition, the Court notes that the Government's time to make its election decision on whether to intervene in this case has expired. It is therefore further **ORDERED** that the Government **RESPOND** to this Order and **SHOW CAUSE** as to why the remainder of this case should not be dismissed in its entirety on or before **July 8, 2022**.

**SIGNED this 16th day of June, 2022.**

Michael J. Truncale
United States District Judge