IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS, ex rel. FRANK ADOMITIS, | § § § | |
| | § | CIVIL ACTION No. 1:20CV91 |
| Plaintiffs, | § § | |
| v. | § § § | |
| LIBERTY COUNTY HOSPITAL DISTRICT NO. 1, d/b/a LIBERTY-DAYTON REGIONAL MEDIAL CENTER, | § § § § § § | JUDGE MICHAEL J. TRUNCALE |
| Defendant. | § | |

## UNITED STATES OF AMERICA'S RESPONSE TO JUNE 16, 2022, SHOW CAUSE ORDER

The Government provides this response to the Court's June 16, 2022 Order to Show Cause [Dkt 10].

The United States understood that the Relator intends to voluntarily dismiss this case. The Government has indicated that it has no objection to Relator's voluntary dismissal and requests that the Court dismiss the remainder of the case and unseal the complaint as provided in the Court's prior order. The dismissal does not affect the rights of the United States to later pursue any claims against Defendant.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Michael W. Lockhart*
MICHAEL W. LOCKHART
Assistant United States Attorney
Texas Bar No. 12472200

550 Fannin St., Suite 1250
Beaumont, Texas   77701-2237
Tel:   (409) 839-2538
Fax.:   (409) 839–2643
Email: USATXE.CivECFBmt@usdoj.gov

**ATTORNEYS FOR THE UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022 a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Michael W. Lockhart*
MICHAEL W. LOCKHART
Assistant United States Attorney