IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS, ex rel. FRANK ADOMITIS,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY COUNTY HOSPITAL DISTRICT NO. 1, d/b/a LIBERTY-DAYTON REGIONAL MEDICAL CENTER,<br><br>Defendant. | CIVIL ACTION NO.  1:20-CV-00091<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having previously granted Relator Frank Adomitis' Motion of Dismissal in this matter [Dkt. 7] and receiving the Government's consent thereto [Dkt. 9], the Court hereby enters this **ORDER OF DISMISSAL WITHOUT PREJUDICE** as to all claims herein.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 16th day of August, 2022.**

_____
Michael J. Truncale
United States District Judge